UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HOLLAND M. JOHNSON                                                                    PLAINTIFF

V.                              NO. 4:18CV00821 JM-JTR

ANDREW SAUL,
Commissioner of Social Security Administration            DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner, and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 24th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE